IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GARY COKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv386 |
| SUSAN MCGUIRE, ET AL. | § | |

ORDER PARTIALLY ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Gary Coker filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation recommending the case be dismissed without prejudice for lack of subject matter jurisdiction.

After the Report and Recommendation was submitted, plaintiff filed a motion (doc. no. 9) asking that his case be voluntarily dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff is entitled to dismiss his case at this stage of the proceedings.

ORDER

The Report and Recommendation is **ADOPTED** to the extent it recommends dismissal of this lawsuit. Plaintiff's motion for voluntary dismissal is **GRANTED**. A final judgment will be entered dismissing this case pursuant to Federal Rule of Civil Procedure 41(a).

**SIGNED** this the 3 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge

---

[1] Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss his case prior to the filing of an answer or motion for summary judgment. Neither an answer nor a motion for summary judgment has been filed in this matter.